125 Broad Street
New York, N.Y. 10004-2498

Telephone: (212) 558-7440
Facsimile:  (212) 558-3588

February 19, 2010

<u>Via E-mail</u>
Honorable Judge McCarthy
United States District Court
Western District of New York
United States Courthouse
68 Court Street
Buffalo, New York 14202

Re:   <u>Dixon v. Kubiak et al.</u>, 08-CV-528(S)(M)

Dear Judge McCarthy:

      I respectfully request, pursuant to Local Rule 83.2(c), to withdraw as counsel for plaintiff in the above-captioned case as I am leaving Sullivan & Cromwell LLP as of today and am relocating to Vancouver, Canada.

      This withdrawal will not hinder these proceedings because Ms. Olga Lysenko and Mr. Peter Steciuk will remain counsel of record in this action. Ms. Lysenko and Mr. Steciuk are familiar with the record and the proceedings to date and consent to my withdrawal. In addition, Ms. Kelly Helt will join the team in representing plaintiff. Ms. Helt will file a notice of appearance in this case as soon as her pending admission to the Western District is approved.

Respectfully,

*[signature]*

Claire E. Hunter

cc:   Assistant Attorney General David State